UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL P. SMITH | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-CV-699 |
| | § | |
| COMMISSIONER, SSA | § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Michael P Smith's Application for Attorney Fees under the Equal Access to Justice Act, (Dkt. #27), and the Commissioner's Response, (Dkt. #29),[1] wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion, (Dkt. #27), is **GRANTED**, and the Commissioner is directed to pay six thousand twenty-four dollars and ninety cents, ($6,024.90), in attorney fees. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**So ORDERED and SIGNED this 9th day of August, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

---

[1] The Commissioner contends that a mathematical error exists in Plaintiff's calculations and the attorneys' fees requested is actually $6,025.50. (Dkt. #29). However, the Commissioner erroneously used $200.85 as the hourly rate, (Dkt. #29), instead of the hourly rate utilized by Plaintiff, $200.83. (Dkt. #27). Because the Court finds that Plaintiff has calculated the correct amount, $6,024.90, (Dkt. #27), the Court awards such amount.